IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHELLE MCREYNOLDS, on
behalf of SHAQUIELLA M THOMAS,

    Plaintiff,

v.                                        CASE NO. 1:07-cv-00138-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, the Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The petitioner has filed objections, Doc. 22, which the Court has reviewed. For the reasons which follow, the Report and Recommendation is adopted.

Plaintiff sought benefits on behalf of her daughter, based upon her daughter's asthma. She proceeded without counsel. Plaintiff was repeatedly advised of her right to counsel, she signed a waiver, and verbally waived this right again at the hearing. Nevertheless, Plaintiff now argues that no knowing and intelligent waiver was obtained, and that lack of counsel was prejudicial. The Court agrees with the ALJ and the Magistrate Judge that the waiver was knowing and intelligent in this case. Secondly, the Plaintiff, now represented by counsel, has not demonstrated any evidence that counsel could have supplied at the time of the hearing to support

the finding that the child's asthma met the requirements of any listing. Her grades at school were above average, she participated in the gifted program, and the record overall was complete. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *30th*  day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge